



# UNITED STATES DISTRICT COURT

for the

## Eastern District of California

MAR 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

CYRUS A, MAHONEY,

)
)
)
)
)

Case No.    1:16-PO-00033-SAB

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release;

(2)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)   The defendant shall notify the Court and defendant's counsel of any change of address; and

(4)   The defendant must appear at:    U.S. DISTRICT COURT, 2500 TULARE STREET, FRESNO CA _____

*Place*

on _____    JUNE 15, 2017 AT 10:00 A.M. BEFORE JUDGE BOONE _____

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 3/8/17 _____

X _____
*Defendant's signature*

Date: 3/8/2017 _____

_____
*Judicial Officer's Signature*

**STANLEY A. BOONE, U. S. Magistrate Judge**
*Printed name and title*

Cyrus Mahoney

## ADDITIONAL CONDITIONS OF RELEASE

*16 PO33 SAB*

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐   (6)      The defendant is placed in the custody of:

                Name of person or organization

                who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                SIGNED: _____
                                 CUSTODIAN

☐   (7)      The defendant shall:

☐       (a)    report on a regular basis to the following agency:
                Pretrial Services and comply with their rules and regulations;

☐       (b)    report in person to the Pretrial Services Agency on the first working day following your release from custody;

☐       (c)    cooperate in the collection of a DNA sample;

☐       (d)    reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to , unless otherwise approved in advance by PSO.

☐       (e)    report any contact with law enforcement to your PSO within 24 hours;

☐       (f)    be released to the third-party of and you shall reside at           and participate in the as directed by program staff and Pretrial Services;

☐       (g)    not associate or have any contact with:     unless in the presence of counsel or otherwise approved in advance by the PSO;

☐       (h)    maintain or actively seek employment, and provide proof thereof to the PSO, upon request.

☐       (i)    refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control:

☐       (j)    submit to drug or alcohol testing as approved by the Pretrial Services Officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer.

☑       (k)    refrain from (excessive) (any) use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used.

☐       (l)    participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;

☐       (m)    take all medications as prescribed by a licensed medical practitioner;

☐       (n)    report any prescriptions to the PSO within 48 hours of receipt.

☐       (o)    surrender any passport to the Clerk, United States District Court, and obtain no passport during the pendency of this case;

☐       (p)    not obtain a passport or other traveling documents during the pendency of this case.

☐       (q)    executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:

☐       (r)    post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:

☐       (s)    execute a bail bond with solvent sureties in the amount of $

☐       (t)    participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO.

             ☐    Curfew. You are restricted to your residence every day from _____ to _____, or as adjusted by the Pretrial Services office or supervising officer;

             ☐    Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO;

             ☐    Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the PSO.

☐       (u)    Your release on bond shall be delayed until (date & time).

☑       (v)    Other: Defendant shall reside with Gerald Marvin as third party custodian until released to Turtle Lodge