# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **CYRUS A. MAHONEY** | Criminal Number: 1: 16 PO 00033-001 |
| | Defendant's Attorney: Andrew Wong, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of Charge __Three__ as alleged in the violation petition filed on __10/4/2016__ .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge Three | The Defendant was arrested by the California Highway Patrol for Evading a Peace Officer, Driving Under the Influence, Driving While License Suspended, and Possession of Marijuana. | 7/4/2016 |

The court: [✓] revokes: [✓] modifies: [ ] continues under same conditions of supervision heretofore ordered on __3/17/2016__ .

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/15/2017
Date of Imposition of Sentence

*[signature]*

Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
6/20/2017
Date

AO 245-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation
DEFENDANT:**CYRUS A. MAHONEY**
CASE NUMBER:**1:16MJ00033-001**

Page 2 of 2

# PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>12 months, expires on 6/15/2018</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 1 day, with credit served for 1 day in custody.
5. The Defendant is ordered to personally appear for a Probation Review Hearing on 4/19/2018 at 10:00 am before U.S. Magistrate Judge Boone. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.
6. The Defendant shall complete 60 hours of community service. The Defendant shall perform and complete the community service hours by 3/15/2018.