## IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-po-0033-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| CYRUS A. MAHONEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Probation Violation |
| **Sentence Date:** | June 15, 2017 |
| **Review Hearing Date:** | April 19, 2018 |
| **Probation Expires On:** | June 15, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:**

☒ **Other Conditions:** Complete 60 hours of community service by March 15, 2018

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:    Date:
                                                       Amount:

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance: On October 18, 2017 the Madera County Sheriff's office cited Mr. Mahoney for California Vehicle Code (CVC) 21460(a) crossing the double yellow line and CVC 14601.2(a) driving on a license suspended due to DUI. California Highway Patrol cited Mr. Mahoney for California Vehicle Code 23154(a) being on probation for DUI and operating a motor vehicle with a blood alcohol content of .01% or greater. His Blood Alcohol content was .07%. On November 3, 2017 pursuant to Penal Code 3454(c), the Fresno County Probation Department Flash Incarcerated Mr. Mahoney for those violations and he served 10 days in custody. Additionally, the Community Service / Participant Verification was reviewed and while 60 hours of community service were listed, only 43 has a verified signature.

Government Attorney:

*//s// Darin Rock*
Darin Rock
Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/19/2018 at 10:00 a.m.

☒ be continued to ___May 10, 2018____ at 10:00 a.m.; or

☐ be vacated.

DATED: 4/9/2018

*/s/ Andrew Wong*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. The Defendant is ordered to appear on April 20, 2018 at 10:00 am in Courtroom Number 9, Federal Courthouse, 2500 Tulare Street, Fresno, CA 93721.

IT IS SO ORDERED.

Dated: **April 10, 2018**

UNITED STATES MAGISTRATE JUDGE